UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| TODD H. MERCER | CIVIL ACTION NO. 17-383-P |
| VERSUS | JUDGE FOOTE |
| LINTON JACOBS, ET AL. | MAGISTRATE JUDGE HORNSBY |

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). **IT IS FURTHER ORDERED** that Plaintiff's motion for subpoenas [Doc. 43] and his motion to issue summonses [Doc. 44] be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this day of _10th March_ 2020.

ELIZABETH ERNY FOOTE
UNITD STATES DISTRICT JUDGE